**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMY ELIZABETH TERRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2535** |
| **ORLEANS PARISH JUSTICE CENTER, ET AL.** | **SECTION: "I"(5)** |

**ORDER**

The Court, having considered the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation,[1] and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the Orleans Parish Justice Center are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 19th day of August, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 12