**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMY ELIZABETH TERRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2535** |
| **ORLEANS PARISH JUSTICE CENTER, ET AL.** | **SECTION: "I"(5)** |

**ORDER**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation,[1] and the failure of Plaintiff to file any objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss[2] Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is **GRANTED**, and that Plaintiff's federal Constitutional claims brought pursuant to 42 U.S.C. § 1983 in relation to Wexford Health Services, Inc. and Dr. Andrea McMahon-Blake are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of June, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1]  Rec. Doc. No. 18
[2]  Rec. Doc. No. 17