**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMY ELIZABETH TERRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2535** |
| **ORLEANS PARISH JUSTICE CENTER, ET AL.** | **SECTION: "I"(5)** |

**ORDER**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation,[1] and the failure of plaintiff to file any objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff's remaining claims against Warden Alvarado and Susan Hutson be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 18th day of September, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] Rec. Doc. No. 24